## GREENE v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 79, September Term, 1964.]

*Decided December 7, 1964.*

Before HENDERSON, C. J., and HAMMOND, PRESCOTT, HORNEY, MARBURY, SYBERT and OPPENHEIMER, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Harris in the court below. See also *Greene v. State,* 233 Md. 274.

*Application denied.*